# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2340 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 90 DB 2015 |
| | : | |
| v. | : | Attorney Registration No. 34695 |
| | : | |
| JOHN ANDREW KLAMO, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of March, 2017, upon consideration of the Report and Recommendations of the Disciplinary Board, John Andrew Klamo is suspended from the Bar of this Commonwealth for a period of six months, retroactive to October 12, 2013, and he shall comply with all the provisions of Pa.R.D.E. 217.

As an order of suspension has been in effect for more than three years, any reinstatement will require the filing of a petition to this effect with the board in accordance with Rule of Disciplinary Enforcement 218(c). *See* Pa.R.D.E. 218(g)(2)(iv).

Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).